Dismissed and Memorandum Opinion filed November 6, 2008








Dismissed
and Memorandum Opinion filed November 6, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00082-CV

____________

 

KRISTI TALLY-HAHN GREENWOOD, Appellant

 

V.

 

MATTHEW BENSON GREENWOOD, Appellee

 



 

On Appeal from the 309th District Court 

Harris County,
Texas

Trial Court Cause
No. 2006-58899

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 28, 2007.  On October 21, 2008,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 6, 2008.

Panel consists of Chief Justice Hedges and Justices
Guzman and Brown.